IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>JOHN DALTON,<br><br>Defendant/Petitioner. | No. CR 96-00276 SI<br>Civil Nos. 02-4949 SI, 02-4361 SI<br><br>**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION** |

On December 19, 2006, the Court denied petitioner's motion to set aside judgment. Petitioner has since filed a motion for reconsideration of the December 19, 2006 Order. For the reasons stated in the December 19, 2006 Order, petitioner's motion to set aside judgment lacks merit. Petitioner has presented no new evidence or law indicating otherwise. Instead, petitioner now argues that his Sixth Amendment right to present a defense was violated when he was prevented from putting evidence before the jury of a DEA agent's misconduct. The issue of the government's misconduct has been litigated repeatedly over the years. At trial, this Court suppressed the evidence arising out of the government's misconduct but refused to find that the misconduct was so outrageous that the indictment should be dismissed. The Ninth Circuit affirmed that decision, *see United States v. Dalton*, 40 Fed. Appx. 420 (9th Cir. 2002), as did this Court in its September 29, 2003 denial of petitioner's habeas petition and again in its December 19, 2006 Order (as well as in other orders). Even if this Court were to now allow petitioner to re-litigate the government misconduct issue on grounds that his right to present a defense was violated, petitioner's argument lacks merit because the government's misconduct in collecting one piece of evidence against petitioner was irrelevant to petitioner's guilt, as ultimately found by the jury. As such, the exclusion of this evidence could not possibly offend a fundamental principle of justice.

*Montana v. Egelhoff*, 518 U.S. 37, 43 (1996). Accordingly, the Court DENIES petitioner's motion for reconsideration. **As stated in the Court's February 13, 2006 Order denying petitioner's motion for reconsideration, no further motions for reconsideration will be considered.**

**IT IS SO ORDERED.**

Dated: November 15, 2007

SUSAN ILLSTON
United States District Judge