IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DALTON,

    Defendant/Petitioner,

  v.

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.

No. C 02-4949 SI
No. CR 96-0276 SI

**ORDER DENYING PETITIONER'S REQUEST FOR TRANSCRIPTS**

John Dalton has requested that the Court send him copies of transcripts from proceedings in his criminal trial. Pursuant to 28 U.S.C. § 753(f), habeas petitioners may be entitled to transcripts if they are indigent and "if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f). Mr. Dalton is not entitled to the documents he requests because (1) the Court has denied his request to proceed *in forma pauperis* and (2) he has no habeas petition pending before this Court. Mr. Dalton is referred to the Court's January 26, 2009 Order, at 3 [Docket No. 659] for instructions on obtaining an order from the United States Court of Appeals for the Ninth Circuit authorizing this Court to consider a successive habeas petition.

**IT IS SO ORDERED.**

Dated: August 20, 2009

SUSAN ILLSTON
United States District Judge