**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN DALTON,
                                                No. C 09-5423
                                                No. C 09-4667
                                                No. CR 96-0276 SI
9              Defendant/Petitioner,

10      v.                                      **ORDER OF DISMISSAL**
                                                **[Docket Nos. 679, 683]**
11   UNITED STATES OF AMERICA,

12             Plaintiff/Respondent.
                                        /
13

14          Petitioner John Dalton has recently filed two more petitions for writ of habeas corpus pursuant

15   to 28 U.S.C. § 2255.  Since this Court's denial of his first habeas petition on the merits on September

16   29, 2003, Mr. Dalton has filed a series of successive petitions and has been informed repeatedly by the

17   Court that it will not entertain any more habeas petitions from Mr. Dalton until he obtains authorization

18   from the Court of Appeals for the Ninth Circuit.

19          As the Court has explained before, a second or successive habeas petition may not be filed in

20   this Court unless the petitioner first obtains from the United States Court of Appeals for the Ninth

21   Circuit an order authorizing this Court to consider the petition.  28 U.S.C. §§ 2255(h); 28 U.S.C.

22   § 2244(b)(3)(A).  **This is true whether the successive petition raises the same issues as the earlier**

23   **petitions or new issues.**  Mr. Dalton has tried unsuccessfully to obtain such an order from the Ninth

24   Circuit.  In the absence of such an order, this Court may not consider a new petition from Mr. Dalton.

25   This action is therefore DISMISSED without prejudice to Mr. Dalton filing a petition in this court after

26   he obtains the necessary order from the Court of Appeals for the Ninth Circuit.

27          If Mr. Dalton wants to attempt to obtain the necessary order from the Ninth Circuit, he should

28   very clearly mark the first page of his document as a "MOTION FOR ORDER AUTHORIZING

1  DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE PETITION PURSUANT TO 28

2  U.S.C. § 2244(b)(3)(A)" and should mail the motion to the Ninth Circuit (at 95 Seventh Street, San

3  Francisco, CA  94103).   In his motion to the Ninth Circuit, he should explain how he meets the

4  requirements of 28 U.S.C. § 2255(h).

6  **IT IS SO ORDERED.**

8  Dated: December 2, 2009

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2