IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DALTON,<br><br>        Defendant/Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent.<br>_____/ | No. CR 96-0276 SI<br>No. C 09-3151<br><br>**ORDER RE: DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE** |

Defendant John Dalton previously sought a reduction in his sentence, by motion to directed to this Court. The Court denied that motion, in part because the Bureau of Prisons did not make the request for a reduction. *See* Docket Nos. 658, 659; *see also U.S. v. Powell*, 69 Fed. Appx. 368 (9th Cir. 2003)

Since that time, Mr. Dalton has provided the Court with a copy of his request to the Director of the Bureau of Prisons, soliciting the Director to seek a reduction of Dalton's sentence pursuant to 18 U.S.C. § 3582 and 18 U.S.C. § 3553, based on allegations of investigatory misconduct, jury instruction errors, and health concerns. *See* Docket Nos. 693 and 695.

The Court appreciates being kept aware of Mr. Dalton's latest efforts. No action is required by the Court on this request, unless and until the Bureau of Prisons makes the requisite motion. This order resolves Docket Nos. 693 and 695.

**IT IS SO ORDERED.**

Dated: November 15, 2012

_____
SUSAN ILLSTON
United States District Judge